# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 229 WAL 2021

           Respondent    :

                    :   Petition for Allowance of Appeal

                    :   from the Order of the Superior Court

           v.               :

                    :

TIMOTHY M. SCHUSTER, II,        :

                    :

           Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.